IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 1:03-cr-00060-MP

LINDA CRENSHAW,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 28, Motion for Early Termination of Probation for Linda Crenshaw. After consultation with the probation office and consideration of Ms. Crenshaw's performance under supervision, the motion is granted. Ms. Crenshwaw's probation is hereby terminated.

**DONE AND ORDERED** this _15th_ day of November, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge